## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-21-42-GF-BMM |
| vs. | |
| AMBER VICTORIA STANDINGROCK, | ORDER |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on March 30, 2022. (Doc. 40.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on March 29, 2022. (Doc. 35.)  The United States accused Standingrock of violating her conditions of supervised release by failing to complete her 180-day term at the Great Falls Pre-Release Center.  (Doc. 32.)

At the revocation hearing, Standingrock admitted to violating the conditions of her supervised by failing to complete her 180-day term at the Great Falls Pre-Release Center. (Doc. 35.)  Judge Johnston found that the violation Standingrock admitted proved to be serious and warranted revocation, and recommended that Standingrock receive a custodial sentence of 7 months with 29 months of supervised release to follow.  (Doc. 40.)  Standingrock was advised of her right to appeal and her right to allocute before the undersigned. She waived those rights. (Doc. 35.)  The violation proves serious and warrants revocation of Standingrock's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 87) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Amber Victoria Standingrock be sentenced to the custody of the United States Bureau of Prisons for a term of 7 months, with 29 months of supervised release to follow. The sentence in this case shall run concurrent with the sentence imposed in Cause CR-19-23-GF-BMM.

DATED this 30th day of March, 2022.

_____
Brian Morris, Chief District Judge
United States District Court