## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-42-GF-BMM-JTJ |
| Plaintiff, | **FINDINGS AND RECOMMENDATIONS** |
| vs. | |
| AMBER VICTORIA STANDINGROCK, | |
| Defendant. | |

### I.  Synopsis

Defendant Amber Victoria Standingrock (Standingrock) has been accused of violating the conditions of her supervised release.  Standingrock admitted alleged violations 1, 3, 4, 5 and 6.  Standingrock admitted alleged violation 2 in part.  With respect to alleged violation 2, Standingrock admitted that she had used marijuana.  Standingrock denied that she had used fentanyl.  The government did not attempt to show that Standingrock had used fentanyl.  Standingrock's supervised release should be revoked.  Standingrock should be placed in custody for 12 months and 1 day, with no supervised release to follow.  This sentence should run concurrent with the sentence imposed in Cause CR 19-23-GF-BMM-JTJ.

## II.  Status

Standingrock pleaded guilty to Possession with Intent to Distribute Fentanyl on July 1, 2021.  (Doc. 7).  The Court sentenced Standingrock to 6 months of custody, followed by 3 years of supervised release.  (Doc. 27).  Standingrock's current term of supervised release began on October 14, 2022.  (Doc. 47).

### Petition

The United States Probation Office filed an Amended Petition on February 21, 2023, requesting that the Court revoke Standingrock's supervised release.  (Doc. 47).  The Amended Petition alleged that Standingrock violated the conditions of her supervised release: 1) by using marijuana on five separate occasions; and 2) by using fentanyl.

### Initial appearance

Standingrock appeared before the undersigned for her initial appearance on February 21, 2023.  Standingrock was represented by counsel.  Standingrock stated that she had read the petition and that she understood the allegations. Standingrock waived her right to a preliminary hearing.  The parties consented to proceed with the revocation hearing before the undersigned.

2

**Revocation hearing**

The Court conducted a revocation hearing on February 21, 2023. Standingrock admitted that she had violated the conditions of her supervised release by using marijuana on five separate occasions. Standingrock denied that she had used fentanyl. The government did not attempt to show that Standingrock had used fentanyl. The violations that Standingrock admitted are serious and warrant revocation of Standingrock's supervised release.

Standingrock's violations are Grade C violations. Standingrock's criminal history category is III. Standingrock's underlying offense is a Class C felony. Standingrock could be incarcerated for up to 24 months. She could be ordered to remain on supervised release for up to 29 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 5 to 11 months.

### III.  Analysis

Standingrock's supervised release should be revoked. Standingrock should be incarcerated for 12 months and 1 day, with no supervised release to follow. This sentence is sufficient but not greater than necessary. This sentence should run concurrent with the sentence imposed in Cause CR 19-23-GF-BMM-JTJ.

3

## IV. Conclusion

The Court informed Standingrock that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Standingrock of her right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Standingrock that Judge Morris would consider a timely objection before making a final determination on whether to revoke her supervised release and what, if any, sanction to impose. Standingrock stated that she wished to waive her right to object to these Findings and Recommendations, and that she wished to waive her right to allocute before Judge Morris.

The Court **FINDS:**

> Amber Victoria Standingrock violated the conditions of her supervised release by using marijuana on five separate occasions.

The Court **RECOMMENDS:**

> That the District Court revoke Standingrock's supervised release and commit Standingrock to the custody of the United States Bureau of Prisons for 1 year and 1 day, with no supervised release to follow. This sentence should run concurrent with the sentence imposed in Cause CR 19-23-GF-BMM-JTJ.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and

Recommendations within 14 days of their entry, as indicated on the Notice of

Electronic Filing.  28 U.S.C. § 636(b)(1).  A district court judge will make a de

novo determination regarding any portion of the Findings and Recommendations

to which objection is made.  The district court judge may accept, reject, or modify,

in whole or in part, the Findings and Recommendations.  Failure to timely file

written objections may bar a de novo determination by the district court judge, and

may waive the right to appear and allocute before a district court judge.

DATED this 22nd day of February, 2023.

John Johnston
United States Magistrate Judge